■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE ONYEABOR, Appellant. [873 NYS2d 660]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Leventhal, J.), rendered April 7, 2006, convicting him of attempted assault in the second degree and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court erred in its questioning of a defense witness as to a prior conviction is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Charleston*, 56 NY2d 886, 887 [1982]; *People v Negron*, 41 AD3d 865, 865 [2007]). In any event, this contention is without merit. The court did not take an adversarial position or act in a manner which gave the jury the impression that the court had an opinion as to the witness's credibility (*see People v Moulton*, 43 NY2d 944, 945 [1978]; *cf. People v Melendez*, 227 AD2d 646 [1996]).

The defendant's remaining contentions are without merit. Rivera, J.P., Miller, Carni and McCarthy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW PACCIANO, Appellant. [873 NYS2d 230]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Crecca, J.), imposed August 28, 2006, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Skelos, J.P., Florio, Angiolillo and Dickerson, JJ., concur.